No. 02–1421. MADISON ET AL. v. GRAHAM, DIRECTOR, MONTANA DEPARTMENT OF FISH, WILDLIFE, AND PARKS, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 02–1431. SPAHR ET AL. v. RESORTS INTERNATIONAL HOTEL, INC. Super. Ct. N. J., App. Div. Certiorari denied.

No. 02–1439. LENTINO v. CAGE. C. A. 5th Cir. Certiorari denied. 

No. 02–1456. SHARMA v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied. 

No. 02–1484. TEXAS DIGITAL SYSTEMS, INC. v. TELEGENIX, INC. C. A. Fed. Cir. Certiorari denied. 

No. 02–1502. KALODNER v. ABRAHAM, SECRETARY OF ENERGY, ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 02–1544. PLUNK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–1552. HOLMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 02–8477. SHULER v. SHULER. Sup. Ct. P. R. Certiorari denied.

No. 02–8538. AMES v. PONTESSO, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 02–8767. MICHAELS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 02–8868. ZENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–9638. GIBSON v. CANDELARIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.